# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

CENVEO CORP.,

                      Plaintiff,

v.

SOUTHERN GRAPHIC SYSTEMS,
INC., MIKE AUSTIN, SHAWN
AUSTIN, PAUL PEDERSON, EMILY
RYAN, SUSAN SPEARS, AND TOM
AUSTIN,

                      Defendants.

Civil No. 08-5521 (JRT/AJB)

**ORDER**

---

Richard Busch, **KING & BALLOW LAW OFFICES,** 315 Union Street, Suite 1100, Nashville, TN 37201; Jonathan Parritz, **MASLON EDELMAN BORMAN & BRAND, LLP,** 3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402, for plaintiff.

Frederick Finch, **BASSFORD REMELE, PA**, 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendants.

This matter is before the Court upon the joint stipulation to dismiss existing counterclaims filed by the parties on February 16, 2010 [Docket No. 129].

**IT IS HEREBY ORDERED** that:

1.      All existing counterclaims for unpaid commissions and business expenses are dismissed.

2.      Said dismissal is on the merits and with prejudice, except for Defendant Mike Austin's claim relating to Anderson Litho Commissions, which is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


DATED: March 3, 2010
at Minneapolis, Minnesota.

                                _____s/ John R. Tunheim_____
                                     JOHN R. TUNHEIM
                               United States District Judge