UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CENVEO CORP.,

Plaintiff,

v.

SOUTHERN GRAPHIC SYSTEMS, INC.,
MIKE AUSTIN, SHAWN AUSTIN,
PAUL PEDERSON, EMILY RYAN,
SUSAN SPEARS, AND TOM AUSTIN,

Defendants.

Civil No. 08-5521 (JRT/AJB)

**ORDER DENYING MOTION**

Richard Busch, **KING & BALLOW LAW OFFICES,** 315 Union Street, Suite 1100, Nashville, TN 37201; Jonathan Parritz, **MASLON EDELMAN BORMAN & BRAND, LLP**, 3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402, for plaintiff.

Frederick Finch, **BASSFORD REMELE, PA**, 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendants

This matter is before the Court on the Motion to Strike Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Default Judgment filed by plaintiff on March 29, 2010.

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Motion to Strike Memorandum [Docket No. 195] is **DENIED**.

2. Plaintiff's request for an additional seven days from the date they receive a copy of the opposition papers to file their reply is **GRANTED**. Their reply is due Monday, April 5, 2010.

DATED: March 30, 2010                          ___s/ John R. Tunheim____
at Minneapolis, Minnesota.                      JOHN R. TUNHEIM
                                                          United States District Judge