# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

CENVEO CORP.,

        Plaintiff,

v.

SOUTHERN GRAPHIC SYSTEMS, INC.,
MIKE AUSTIN, SHAWN AUSTIN, PAUL
PEDERSON, EMILY RYAN, SUSAN
SPEARS, and TOM AUSTIN,

        Defendants.

Civil No. 08-5521 (JRT/AJB)

**ORDER**

---

Jonathan S. Parritz, Haley N. Schaffer, and Lora Maccabee, **MASLON EDELMAN BORMAN & BRAND, LLP,** 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402; Richard S. Busch, **KING & BALLOW LAW OFFICES,** 315 Union Street, Suite 1100, Nashville, TN 37201 for plaintiff.

Frederick E. Finch, Jonathan P. Norrie, David A. Turner, and Jeffrey R. Mulder, **BASSFARD REMELE, PA**, 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendants.

The above-entitled matter is before the Court on Plaintiff's Motion to enforce judgment [Docket No. 287]. Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

Defendants shall respond to plaintiff's motion [Docket No. 287] no later than December 15, 2010.

Dated: December 13, 2010
at Minneapolis, Minnesota

                s/ John R. Tunheim
                JOHN R. TUNHEIM
            United States District Judge